# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MCKESSON CORP. *et al.*,                    )
                                            )
        Plaintiffs,       )
                                            )
        v.                )     Civ. Action No. 82-220 (RJL)
                                            )
ISLAMIC REPUBLIC OF IRAN *et al.*,          )
                                            )
        Defendants.       )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this

19th day of November, 2010, hereby

**ORDERED** that judgment be entered in favor of the plaintiffs and against the

defendants in the amount of $43,980,205.58; and it is further

**ORDERED** that the parties are directed to submit within fourteen (14) days of the

date of this Order, a Joint Proposed Briefing Schedule for determination of the issue of

any additional attorneys' fees, costs, and post-judgment interest.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge